UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>FREEPOINT COMMODITIES LLC,<br><br>　　　　　　　　　　Defendant. | Case No.: 3-23-CR-000224-KAD |

# NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Francis C. Healy of Hogan Lovells US LLP hereby enters his appearance for Defendant Freepoint Commodities LLC in the above-captioned matter. The undersigned requests that all future pleadings, correspondence, and other documents served in the above-captioned matter be directed to the following above address:

>Francis C. Healy
>HOGAN LOVELLS US LLP
>390 Madison Avenue
>New York, New York 10017
>Telephone: (212) 918-3000
>Facsimile:  (212) 918-3100
>Email: francis.healy@hoganlovells.com

Additionally, the undersigned respectfully requests that the Clerk of the Court ensures that all future ECF notifications are sent to Francis Healy at the email address set forth above.

\\4166-0808-4813  v1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: December 19, 2023 | HOGAN LOVELLS US LLP |

By: /s/ Francis C. Healy
Francis C. Healy (*pro hac vice*)
390 Madison Avenue
New York, New York 10017
(212) 918-3000
francis.healy@hoganlovells.com

*Attorneys for Freepoint Commodities LLC*

\\4166-0808-4813  v1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of December, 2023, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will send a notice of filing to all parties whose counsel has entered an appearance in this matter.

                                                     /s/ Francis C. Healy

\\4166-0808-4813  v1