UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:23-CR-00224-KAD-1 |
| v. | : | |
| FREEPOINT COMMODITIES LLC | : | March 12, 2025 |

MOTION TO WITHDRAW APPEARANCE

Based on her recent departure from the United States Attorney's Office for the District of Connecticut, the undersigned respectfully moves to withdraw her appearance in this case. The other Assistant United States Attorney(s) appearing in this matter will continue to represent the United States in this case.

Respectfully submitted,

/s/
VANESSA ROBERTS AVERY
Federal Bar No. ct21000

CERTIFICATION

I hereby certify that on March 12, 2025, the foregoing Motion to Withdraw Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

/s/
VANESSA ROBERTS AVERY

1